SEALED

s/ AlexandraSudan

ORDERED UNSEALED on 12/18/2023 s/ Alexandra

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDRES BARRON,

Defendant.

Case No.: **23mj4477-MSB**

COMPLAINT FOR VIOLATION OF:

Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm; Title 21 U.S.C. §841(a)(1) – Possession with Intent to Distribute Methamphetamine

The undersigned complainant being duly sworn states:

COUNT ONE

On or about October 21, 2023, within the Southern District of California, defendant Andres BARRON, knowing she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded Ruger 9mm firearm bearing serial number 336-82056; in violation of Title 18, United States Code, Section 922(g)(1).

/ / /

/ / /

/ / /

/ / /

/ / /

COUNT TWO

On or about October 21, 2023, within the Southern District of California, defendant Andres BARRON, did knowingly and intentionally possess, with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

*Sean Davis*

SEAN E. DAVIS
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 13th day of December 2023.

HON. MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all the information known to myself or other federal agents and state and local officers regarding this investigation but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On October 21, 2023, at approximately 9:09 p.m. a Chula Vista Police Department Officer observed a Dodge Ram truck run a stop sign near the intersection of Manya Street and Hollister Street. As the Officer approached the Dodge, the Officer also observed one of the Dodge's brake lights was nonoperational. The Officer then initiated a traffic of the Dodge Ram based upon the traffic violation and the nonoperational brake light. The driver was identified as Andres BARRON and the passenger was identified as a female with the initials J.M.

BARRON exited the Dodge as the Officer was also exiting the patrol car. As BARRON stood outside the Dodge, the Officer observed, in plain view, a baggy of white crystalline substance partially covered by a cushion on top of the Dodge's driver's seat where BARRON had been sitting. The Officer recognized the substance on the driver's seat of the Dodge as crystal methamphetamine and also recognized the manner of packaging as consistent with possession for distribution. Additional Officers arrived to assist the traffic stop and BARRON was then placed under arrest for possession of a controlled substance.

The Dodge was searched incident to BARRON's arrest. Officers seized, among other items, multiple plastic baggies containing approximately 40.21 grams of suspected methamphetamine from the driver's seat and a loaded Ruger firearm bearing serial number 336-82056. The Ruger firearm was located within a silver box positioned behind the driver's seat, with a loaded magazine and round in the chamber. A records check revealed BARRON to be a convicted felon and also under an active temporary restraining order with J.M. as the protected party. J.M. was placed under arrest after Officers recovered a glass pipe from her wallet.

While being transported from the scene of arrest to Chula Vista City Jail, BARRON spontaneously stated to police: "I know you guys make a lot of money, but I do what I have to do to make money, even though it's wrong."

BARRON agreed to a post-arrest interview with police. Regarding the Ruger firearm, BARRON stated he found the firearm from a homeless person near the scene of the arrest and that he (BARRON) tried to hide it in the vehicle once he saw police. BARRON stated he planned to sell the firearm for money. Regarding the methamphetamine, BARRON stated he typically purchases two ounces at a time and pays $60.00 per ounce. BARRON denied possessing the methamphetamine for sale and, instead, told officers the methamphetamine was for his personal use.

J.M. also agreed to a post-arrest interview with police. During the interview, J.M. stated she does not know anything about the silver case in which the Ruger firearm was found. Further, J.M. stated she had the glass pipe in her purse because she took it from BARRON. J.M. stated she does not use methamphetamine.

Records checks on BARRON revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 10/15/20 | CASC – San Diego | PC 236 – False Imprisonment | 4 years probation |

The Ruger firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.