UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDRES BARRON,<br><br>　　　　Defendant. | Case No. 23CR2620-AGS<br><br>PRELIMINARY ORDER OF CRIMINAL FORFEITURE |

　　WHEREAS, in the Indictment the United States sought forfeiture of all right, title, and interest in all specific property of Defendant ANDRES BARRON ("Defendant"), pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c) as property involved in the commission of the offense set forth in Count 3 of the Indictment which alleges violation of Title 18, United States Code, Sections 924(c)(1); and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2) as any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, as property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation set forth in Count 1 of the Indictment which alleges violation of Title 21, United States Code, Section 841(a)(1); and,

　　WHEREAS, on October 30, 2024, the parties entered into a stipulation, which provided for the criminal forfeiture of the following properties in the event the jury returned a guilty verdict on the underlying criminal charge set forth in the Indictment:

1       a) One (1) Ruger 9mm Pistol, Bearing SN: 33682056;

2       b) Twelve (12) Rounds of 9mm Ammunition; and

3    WHEREAS, on or about October 31, 2024, after jury trial, Defendant was found guilty of Count 1 of the Indictment; and

5    WHEREAS, by virtue of the facts adduced at trial and as set forth in the stipulation regarding forfeiture, the United States has established the requisite nexus between the above-described properties and the offense of conviction, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and,

10    WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the above-referenced firearm and ammunition which are hereby found forfeitable by the Court; and

13    WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

15    Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

16    1.    Based upon the forfeiture stipulation attached as Exhibit A to the United States' Motion for Order of Forfeiture and the verdict finding the Defendant guilty of the offense in Count 1 of the Indictment, the United States is hereby authorized to take custody and control of the following firearm and ammunition, and all right, title and interest of Defendant ANDRES BARRON in the firearm and ammunition are hereby forfeited to the United States pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2) for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

23     a)    One (1) Ruger 9mm Pistol, Bearing SN: 33682056;

24     b)    Twelve (12) Rounds of 9mm Ammunition.

25    2.    The aforementioned forfeited assets are to be held by the Bureau of Alcohol Tobacco and Firearms in its secure custody and control.

27    3.    Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary

hearings and rights of third parties. The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third-party petitions filed with the Court and served upon the United States. The Court may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition. The Court may enter an amended order without further notice to the parties.

4. Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the firearm and ammunition in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited firearm and ammunition must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the firearm and ammunition, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited firearm and ammunition and any additional facts supporting the petitioner's claim and the relief sought.

6. The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the firearm and ammunition that are the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

7. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to Title 21 U.S.C. § 853(n) as to the aforementioned assets, in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgement.

**IT IS SO ORDERED.**

DATED: March 28, 2025

Honorable Andrew G. Schopler
United States District Judge